IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MACKEY** | : | **CIVIL ACTION** |
| v. | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO.: 25-cv-6266** |

### O R D E R

**AND NOW**, this **5th** day of **NOVEMBER 2025,** in accordance with Local Civil Rule 40.1(c) (2), it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable John F. Murphy to the calendar of the Honorable Mary Kay Costello, as related to **_Kelly v. University of Pennsylvania_** Civil **No. 25-6234.**

FOR THE COURT:

WENDY BEETLESTONE
Chief Judge

ATTEST:

\_/s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court